IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC SCOTT MYERS,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-803

_____/

Opinion filed August 9, 2017.

An appeal from the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Eric Scott Myers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Holly N. Simcox, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.